JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAMINA MCKENZIE,<br><br>    Plaintiff,<br><br>    v.<br><br>SOCIAL SECURITY ADMINISTRATION, a Public Entity; and DOES 1-10 inclusive,<br><br>    Defendants. | Case No. 8:23-cv-00656-JWH-JDE<br><br>**JUDGMENT** |

Pursuant to the Minute Order re: Hearing re: Defendant's Motion to Dismiss Case [ECF No. 28] filed on or about August 4, 2023, and in accordance with Rules 12(b)(6) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court does not possess subject matter jurisdiction over the claims that Plaintiff Adamina McKenzie asserts in her Complaint [ECF No. 1].

2. Accordingly, this action is **DISMISSED for lack of jurisdiction**.

**IT IS SO ORDERED.**

Dated: October 5, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE